CASE NO. 5:22MJ13/MJF

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

Your Affiant, Mark Brown, being first duly sworn, hereby deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant makes this affidavit in support of an application for a Criminal Complaint against Allen Michael Peeler (Peeler) for offenses committed in violation of Title 18, United States Code, Sections 2252A and 1470. This affidavit outlines Peeler's attempted receipt of child pornography and attempted transfer of obscene materials to a minor, amongst other federal violations.

2. Your Affiant is a duly and lawfully appointed Special Agent for the Florida Department of Law Enforcement (FDLE) and has all the powers and duties of a law enforcement officer in and for the State of Florida. Your Affiant has been employed with FDLE as a Special Agent for approximately nine and a half (9 ½) years. As a Special Agent assigned to the FDLE Pensacola Regional Operations Center (PROC) Cyber Squad, your Affiant's responsibilities consist of investigating various crimes, primarily crimes involving computers and the Internet, and crimes against children. Prior to being employed by FDLE, your Affiant was employed as a Deputy Sheriff for approximately ten (10) years with the Escambia County Sheriff's Office in Escambia County, Florida. As a Deputy Sheriff, your Affiant's responsibilities consisted of investigating various crimes to include sexual crimes against children and internal affairs matters. Prior to being a Deputy Sheriff, your Affiant was employed as a Police Officer with the Tuscaloosa Police Department in Alabama for approximately five and a half (5 ½) years. Your Affiant has a total of approximately 25 years of law enforcement experience. Your Affiant is also a member of the North Florida Internet Crimes Against Children Task Force. This task force is comprised of federal, state, and local law enforcement agencies engaged in the investigation of computer

RCVD USDC FLND PC
MAR 1 '22 PM 1:06

related crimes involving the exploitation of children. Your Affiant has also attended different training classes pertaining to investigating computer related crimes involving the exploitation of children. Your Affiant is also federally deputized as a Task Force Officer with the Federal Bureau of Investigation. As such, your Affiant is charged with the duty of investigating violations of the laws of the United States.

3. The facts in this affidavit come from your Affiant's personal review of documents, training and experience, and information obtained from other agents, law enforcement officers, and/or witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of your Affiant's knowledge about this matter.

4. Based on the facts as set forth in this affidavit, there is probable cause to arrest Peeler for the above noted offenses.

## PROBABLE CAUSE

5. Between January 26, 2022, and January 30, 2022, your Affiant participated in an undercover operation that was hosted by the Walton County Sheriff's Office (WCSO) in Miramar Beach, Florida. The goal of the operation was to identify subjects who target minors for the purpose of sexual solicitation and/or enticement. While participating in the operation, your Affiant posted an undercover profile on MeetMe, an online social networking site, using the persona of a minor female named "Jessica Roberts."

6. On January 29, 2022, Peeler initiated text messaging contact with your Affiant's minor persona. Approximately eight minutes into the communications, "Jessica" identified her age as being 14 years old. Peeler agreed that he was fine with the minor's age and continued to communicate with her.

7. Between January 30, 2022, and February 28, 2022, Peeler asked to see the purported minor's "pussy" on multiple occasions. Peeler also asked the minor to take pictures of herself spreading apart and inserting her fingers into her "pussy." Two examples are as follows:

   A. On January 30, 2022, at approximately 12:45 am, Peeler stated, *"Well you could send different pics of you like to start a full body then tack off your shirt and tack a nother picture the take off your brol and take one of your boobs then rub them and take one then take off your pants and a funt and back of you in you underwear then take off your underwear and take one of your pussy and then tack one of you rubbing your pussy then spread it apart and tack one then put your finger up it and take one and then stuff like that till I come."*

   B. On February 9, 2022, at approximately 8:27 am, Peeler stated, *"Then thack off your underwear and spread you'r legs apart and take a picture of your pussy then spred it apart and take a picture then see how meny fegaer you can put 2 up in it got when you do take a picture then then last one get on your hands and knees prop up the phone somehow behind you and watch your ass up and spread your cheese."*

8. Between January 30, 2022, and February 28, 2022, Peeler requested the purported minor video chat with him while she "played" with her "pussy" and he masturbated. Two examples are as follows:

   A. On January 30, 2022, at approximately 5:20 pm, Peeler stated, *"Ya hmmm well why don't you play with your pussy and video chat me and we can do it to gether it could be fun."*

   B. On February 19, 2022, at approximately 12:27 am, Peeler stated, *"And if you want to we could do a video chat thing and you can show me your pussy and you can play with your pudzy while I jack off and play with my dick that's only if you feel like and you want to but you got to have Android or Samsung device Android and iPhones don't go*

*together they had to get another app which I could tell you how to get one if you wanted to do it."*

9. Between January 30, 2022, and February 28, 2022, Peeler sent the purported minor female approximately 19 photos of Peeler's exposed penis, approximately 18 videos of him masturbating, 5 videos of adult females graphically masturbating, and one video of an adult female performing oral sex on an adult male. Two examples are as follows:

   A. On February 19, 2022, Peeler sent a link to Google Photos. The folder contained a one minute and 53 second video of Peeler masturbating until he ejaculated, at work in the office at Ace Hardware. Peeler can be heard saying in the video, *"Oh baby girl, I'm just thinking about your young self, 14-year-old, I so bad wanna touch your pussy, and rub it, oh come on rub your ass a little bit baby, I wanna eat your pussy, I bet you it tastes so fucking good, I bet you it tastes so fucking good, oh baby I bet you it tastes really good, oh baby I want your pussy so bad, oh baby you're about to make me cum, oh you're little young self's about to make me cum, oh you're little young self's about to make me cum."*

   B. On February 25, 2022, Peeler sent the purported minor a full body nude photo of himself in the bathroom.

10. On February 22, 2022, Peeler sent approximately 4 videos depicting child pornography and one photo depicting child pornography to the purported 14 year old. Two examples are as follows:

   A. One was a three-minute-long color video of a female, between the ages of 8 and 11 years old, pulling down her underwear, spreading her legs and exposing her vagina and anus to the camera. Although the child was wearing a tank-top shirt, the child did not appear to have any breast development.

   B. One was a five minute and 53-second-long color video of four females, all between the ages of 7 and 12 years old, exposing their vaginas and anuses to the camera. Some

of the children rubbed and spread open their vaginas. It appeared that one of the children attempted to inserted an object into her anus.

11.    Between January 30, 2022, and February 28, 2022, Peeler talked to the purported minor about having an orgasm. On January 30, 2022, at approximately 9:29 pm, Peeler told the purported 14 year old, *"Well maybe know that you know all about it there's something that that did not tell you the fast you go the better it feels and I you ceep go longer than what they do did then you will have what they call an organism it's a amazing feeling it's just like me coming."* On February 24, 2022, Peeler asked, *"Hey can you do something for me no pics I just want you to rub you click [clit] slowly in small circles and describe in your own words how it feels the best way you can."* On February 25, 2022, Peeler asked, *"What do you think eating out p**** [pussy] means,"* and went on to say, *"Yes but what it actually is is the clit remember that little pumpkin skin right there after the right top of the p**** that looks like little knob well we play with it with her tongues and we suck on it and what kind is your teeth a little bit and scrape against it not too much cuz you don't want to cause pain to it and you make sure if her p**** does not create enough liquid why the stuff that comes out of your p**** and eating out p**** makes it a little bit more easier for things to go."*

12.    Between February 19, 2022, and February 28, 2022, Peeler discussed with the purported minor about meeting to engage in sexual activity. Peeler stated, *"Well one day when I have the gas money you send me your address and I find that gas station and then you walk in and make sure no one is looking and go into the man's room and text me when you get in there then I'll come in and the if you want to now more than I got to now what you think that you like and what you don't like but I will say this for the first few times you will still have your v card because I not going to put it up your pussy for a little while because the first time Cindy hart's [kinda hurts]."* Peeler went on to state, *"Well first I want to see how much of my bick you and take in your sweet little moth,"*... *"Then I won't to take all you clothes off set you on the toilet and rub you pussy till you are so wet the I'm going to try to see if I can put my finger in you,"* *"And if I can*

*get one then I'm going to try for two the I'm going to make you come over and over then I'm going to eat your pussy,"* *"And to finish do you want me to cum on your ass face in mouth or on tits let me know,"* *"Or you can just jak it till I cum."* Peeler went on to state, *"I really want you to suck it it'll I cum in your mouth,"* ... *"And see if you like to swolw."*

13. Your Affiant has positively identified Peeler as the person engaged in the above noted illicit activity based upon the communications' content and images/videos exchanged. That is, Peeler has repeatedly sent images and videos of himself – including his face and at his verified place of work (Ace Hardware in Gulf County) – during the course of the communications with the purported minor. Moreover, the content of the communications repeatedly reference his verified place of work and vehicles. This place of work was even verified in Peeler's "selfie" type images sent to the purported minor. Peeler currently resides and works (and has been committing the instant offenses) in Gulf County, Florida, which is within the Northern District of Florida. Your Affiant knows this because Peeler's communications repeatedly have been sent from the inside of his residence and from his place of employment, which are both in Gulf County, Florida. Your Affiant knows these communications are from inside his residence and place of work because Peeler confirmed as much throughout the communications.

## CONCLUSION

14. Based upon the above information, your Affiant has probable cause to believe there have been violations of Title 18, United States Code, Sections 2252A and 1470, amongst others. That is, Peeler has attempted to receive child pornography and attempted to transfer obscene material to a minor female who is 14 years of age. In consideration of the foregoing, your Affiant respectfully requests that this Court issue the instant Criminal Complaint.

Respectfully submitted,

_____
Mark Brown
Task Force Officer
Federal Bureau of Investigation

Telephonically subscribed and sworn to before me on ____March 1____, 2022.

/s/ *Michael J. Frank*
UNITED STATES MAGISTRATE JUDGE
MICHAEL J. FRANK